UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :     Mag. NO. ___O7- 447  M_____

         v.          :

                      :      **UNDER SEAL**

IKELA M. DEAN,          :

         **Defendant.**        :

**FILED**

SEP 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

Upon consideration of the government's motion for leave to file the Affidavits in Support

of Search and Arrest Warrants in the this matter under seal, as well as sealing its Motion to Seal

and the resulting Order, and for good cause shown therefor, it is hereby

**ORDERED** that the government's Affidavits in Support of Criminal Search and Arrest

Warrants, the government's Motion to Seal, and this Order, shall be, until further Order of this

Court, **SEALED**.

     **SO ORDERED**, this ___*13th*___ day of September, 2007

_____
THE HONORABLE
UNITED STATES MAGISTRATE JUDGE
John M. Facciola
U.S. Magistrate Judge

Washington, D.C.

Serve: Timothy G. Lynch
        Assistant United States Attorney
        555 4th Street, N.W., Room 5235
        Washington, D.C. 20530
        Fax: (202) 307-2304
        e-mail: timothy.lynch2@usdoj.gov