AO442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

Ikela Marcea Dean

UNDER SEAL

WARRANT FOR ARREST

CASE NUMBER: 07-447 M

**FILED**

SEP 14 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Ikela Marcea Dean
                                            Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Receipt of Bribe by a Public Official, in violation of Title 18 United States Code, Section 201(b)(2)(A).

John M. Facciola
U.S. Magistrate Judge
Name of Issuing Officer

/s/ John M. Facciola
Signature of Issuing Officer

Title of Issuing Officer

9/13/07                              Washington, D.C.
Date and Location

Bail fixed at $ _____  by _____
                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 09/13/07 | DL BALDWIN | /s/ DB |
| DATE OF ARREST | | |
| 9-14-07 | SDUSM/DC/DC | |