UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>v. )<br>)<br>IKELA DEAN )<br>)<br>Defendant. )<br>) | Crim No. 07-mj-447 (JMF)<br><br>**FILED**<br>SEP 2 0 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

Upon consideration of defendant's motion to convene a status hearing in this case for the purposes of having the Defendant execute a Speedy Trial Act waiver, it is this _20_ day of September, 2007,

**ORDERED** that a status hearing in this case shall be convened on September 24, 2007, at _1:45 p_.m.

_____
JOHN FACCIOLA
UNITED STATES MAGISTRATE JUDGE

cc:

David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Tim Lynch
Assistant United States Attorney
555 4th Street, N.W.

Washington, D.C. 20001