AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

**FILED**
NOV 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*for the* DISTRICT OF WASHINGTON DC

UNITED STATES OF AMERICA

V.

ILELA DEAN

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 07-447M-01

I, ILELA DEAN, charged in a (complaint) (petition)

pending in this District with Receipt of a bribe official

in violation of Title 18, U.S.C., 201(b),

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

11.27.07
Date

_____
Counsel for Defendant